USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 18 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SPRINKLE OF JESUS, CORP.,

                Plaintiff,

    -against-

KIEARA SIMMONS,

                Defendant.

------------------------------------ x

ORDER

19 Civ. 5183 (GBD)

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated on the record during oral argument on Defendant's motion to dismiss on October 9, 2019, this action is DISMISSED without prejudice. The Clerk of Court is directed to close the motion, (ECF Nos. 12, 15), accordingly.

Dated: New York, New York
       November 18, 2019

                            SO ORDERED.

                            *George B. Daniels*
                            GEORGE B. DANIELS
                            United States District Judge