**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SPRINKLE OF JESUS, CORP.,
                      Plaintiff,

-against-

KIEARA SIMMONS,
                      Defendant.
-----------------------------------------------------------X

19 **CIVIL** 5183 (GBD)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 18, 2019, and for the reasons stated on the record during oral argument on Defendant's motion to dismiss on October 9, 2019, this action is DISMISSED without prejudice.

**Dated:** New York, New York
          November 18, 2019

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court

                               **BY:**
                                                    **Deputy Clerk**